The **ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, a nonprofit corporation; Matt Salmon, a citizen of the State of Arizona; Dean Martin, a citizen of the State of Arizona, Plaintiffs–Appellants,**

Steven S. Poe; Clean Elections Institute, Inc., Intervenors–Appellees,

and

Lori Daniels, a citizen of the State of Arizona, Plaintiff,

v.

Jan BREWER, in her official capacity as Secretary of State of the State of Arizona; David A. Peterssen, in his official capacity as Treasurer of the State of Arizona; Terry Goddard, in his official capacity as Attorney General of the State of Arizona; Leslie Lemon, a member of the Arizona Citizens Clean Elections Commission aka Gene Lemon; David G. McKay, a member of the Arizona Citizens Clean Elections Commission; Kathleen S. Deetrick, a member of the Arizona Citizens Clean Elections Commission; Ermila Jolley, a member of the Arizona Citizens Clean Elections Commission; Marcia Busching, a Member of the Arizona Citizens Clean Elections Commission, Defendants–Appellees.

No. 05–15630.

United States Court of Appeals, Ninth Circuit.

Filed Aug. 15, 2007.

Tim Keller, Esq., Scott G. Bullock, Esq., Institute for Justice, Phoenix, AZ, for Plaintiffs–Appellants.

Deborah Goldberg, Esq., Brennan Center for Justice, New York, NY, Timothy M. Hogan, Esq., Arizona Center for Law in the Public Interest, Phoenix, AZ, Joy E. Herr–Cardillo, Esq., Tucson, AZ, for Intervenors–Appellees.

Craig W. Soland, Peter A. Silverman, Esq., [DAG], AGAZ–Office of the Arizona,

Attorney General, Phoenix, AZ, for Defendants–Appellees.

Before: JOHN T. NOONAN, RONALD M. GOULD, and JOHNNIE B. RAWLINSON, Circuit Judges.

## ORDER

Jan Brewer's Motion for Clarification of Panel Order is GRANTED. The panel order filed July 18, 2007 should have stated that Dean Martin's complaint "seeking an injunction against the enforcement of A.R.S. § 16–940 et. seq. states a cause of action." The panel's order filed July 18, 2007 is hereby AMENDED.